# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CRIMINAL 5:05cr14-DCB-JCS**

**JOHN RICHARD WYSS**                                            **DEFENDANT**

## AGREED ORDER GRANTING CONTINUANCE

This day this cause came on for hearing upon Motion *ore tenus* of the Defendant, John Richard Wyss, for a continuance in the above-styled and numbered cause and the grounds therefore being:

That said counsel is in need of more time to investigate the file and prepare defendant's case. A decision is being made concerning whether an expert witness needs to be hired by the defense. That the government, in the interests of justice, has no objection to this continuance, and the Court being fully advised of the premises herein, is of the opinion that this matter is well taken and should be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED, that the above-styled and numbered cause be and hereby is continued from February 7, 2006, until   April 3,   , 2006 at   10:30 a.m.   .

IT IS FURTHER ORDERED that the period of delay in this continuance be excluded from the computation of time in this case pursuant to the Speedy Trial Act found in 18 USC §3161.

SO ORDERED, this the   3rd   day of   February   , 2006.

                                                  s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE

**REQUESTED BY:**

/s/ A. Randall Harris
A. RANDALL HARRIS

**AGREED TO BY:**

/s/ Jack B. Lacey, Jr.
A.U.S.A. JACK B. LACEY, JR.