IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                   **CRIMINAL 5:05CR14-DCB-JCS**

**JOHN RICHARD WYSS**                                                         **DEFENDANT**

**AGREED ORDER GRANTING CONTINUANCE**

This day this cause came on for hearing upon the Motion *ore tenus* of the Defendant, John Richard Wyss, for a continuance in the above-styled and numbered cause and the grounds therefor being:

That the undersigned counsel of record was substituted as counsel for A. Randall Harris, Esq., by Order of this honorable Court entered on February 3, 2006.

That since that time, the undersigned has reviewed the Discovery in this case and has met with Jack B. Lacy, Jr., Esq., the Assistant United States Attorney assigned to prosecute the case as well as Special Agent Currie, who investigated this case.

That Defendant's counsel is in need of more time to investigate the file and prepare Defendant's case. That the government, in the interests of justice, has no objection to this continuance, and the Court being fully advised of the premises herein, is of the opinion that this matter is well taken and should be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED, that the above-styled and numbered cause be and hereby is continued from April 3, 2006, until   June 5  , 2006 at   9:00 a.m.  .

IT IS FURTHER ORDERED that the period of delay in this continuance be excluded from the computation of time in this case pursuant to the Speedy Trial Act found in 18 USC § 3161.

SO ORDERED, this the   27th   day of     March     , 2006.

   s/ David Bramlette   
UNITED STATES DISTRICT JUDGE

**REQUESTED BY:**

**/s/** David L. Brewer
DAVID L. BREWER

**AGREED TO BY:**

/s/ Jack B. Lacey, Jr.
A.U.S.A. JACK B. LACEY, JR.