```
              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 5:05-cr-14-DCB-JCS

JOHN RICHARD WYSS

## JUDGMENT OF ACQUITTAL

This matter having come before the Court for trial without a jury on June 15, 2006, and the defendant at the conclusion of the government's evidence having moved for a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure, and the Court having granted the motion;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant, John Richard Wyss, as to the single count charged in the indictment, the said defendant having been acquitted on the date above mentioned, and the Clerk of this Court is instructed to place of record this Judgment of Acquittal as to the count set forth in the indictment.

SO ORDERED AND ADJUDGED, this the 23rd day of June, 2006.

```
                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE
```